IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
6/25/2019
JEFFREY P. COLWELL, CLERK

Case Number:   19-y-00044-STV

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES FOR AN ORDER
AUTHORIZING THE COLLECTION OF
INFORMATION IN A DRUG
TREATMENT PROGRAM

# APPLICATION

The United States of America, by and through Jaime Pena, Assistant United States Attorney, District of Colorado, hereby states in support of this application:

1. This application is for an order, pursuant to 42 C.F.R. § 2.61, 2.64, 2.67, and 290dd-2 authorizing law enforcement to obtain and collect medical records and confidential information by search warrant from a physician authorized to provide drug treatment to certain patients. Agents of the Drug Enforcement Administration (DEA) have been investigating the medical practice of Dr. Howard S. Weiss, MD, whose office is located at 6900 E. Belleview Avenue, Suite 205, Greenwood Village, Colorado 80111. As a result of that investigation, the agents have learned that Dr. Weiss has been issuing suspect prescriptions for controlled substances without a legitimate medical purpose or outside the usual course of medical practice. Dr. Weiss may also be selling the prescriptions and the medications themselves illegally for a profit. Subsequent to the search of his practice at the above location, DEA Special Agents learned Dr. Weiss was also storing medical records at his residence at 4081 S. Clermont Street, Englewood, Colorado 80113. The specifics of the investigation to date are set forth in the attached affidavit, which is incorporated herein by reference.

2. Dr. Weiss surrendered his medical licenses in the states of Virginia and New York in the mid-1990s due to a federal felony conviction for mail fraud associated with insurance (Virginia) and two specifications of professional misconduct (New York). According to the Colorado Department of Regulatory Agencies (DORA) website, Dr. Weiss was issued a Physician License in the State of Colorado in 2003 and assigned License Number DR.0041466, with the next expiration date in 2021. Dr. Weiss is registered with the DEA as a practitioner and assigned DEA Registration # AW1626300 with authorized drug privileges in Schedules 2, 2N, 3, 3N, 4, and 5. Dr. Weiss' registered address with the DEA is 6900 E. Belleview Avenue, Suite 205, Greenwood Village, Colorado 80111. Dr. Weiss is a Drug Addiction Treatment Act (DATA) Waived Physician and is authorized 100 patients (treated for dependence) per month.

3. Section 2.67 of Title 42 of the Code of Federal Regulations allows for law enforcement to seek court authorization to place undercover agents/confidential sources in a drug treatment program for investigative purposes upon a showing of good cause. In order to find good cause, the court must find:

(1) there is reason to believe that an employee or agent of the [drug treatment] program is engaged in criminal activity;

(2) other ways of obtaining evidence of this criminal activity are not available or would not be effective; and

(3) the public interest and need for the placement of an undercover agent/ confidential source in the program outweigh the potential injury to patients of the program, physician-patient relationships and the treatment services.

See 42 C.F.R. §§ 2.64(d) and 2.67(c)

4. For the reasons set forth in the attached affidavit, Special Agent Brenna McIntosh believes that medical records and related documentation from Dr. Weiss's practice is located at

his residence and execution of search warrant in furtherance of the investigation is the only way to determine whether Dr. Weiss is illegally dispensing controlled substances without a legitimate medical purpose. Although the applicant and affiant believe that such authorization may not be required under the circumstances, this application is made out of an abundance of caution.   If authorization is required, however, good cause has been demonstrated pursuant to the requirements of 42 C.F.R. §§ 2.61, 2.64 and 2.67.

     5.   The DEA's investigation of Dr. Weiss is primarily focused on his prescribing practices and his alleged illegal sale of prescriptions for controlled and non-controlled medications; although collateral investigation includes possible money laundering and structuring violations. The requested authorization to obtain confidential patient information in investigating Dr. Weiss's practice is sought for a period not to exceed 2 weeks.   Patient identifying information will not be revealed or otherwise disclosed unless absolutely necessary to criminally investigate or prosecute Dr. Weiss and/or other individuals engaged in the illegal distribution of drugs.   All measures will be taken to limit any potential disruption of Dr. Weiss's legitimate treatment of drug-addicted patients, and to limit any potential for a real or apparent breach of patient confidentiality.   Any records of proceedings for which disclosure of a patient's records has been ordered will be sealed.   Finally, no information obtained from the patient records, regarding any patient being legitimately treated by Dr. Weiss will be used to criminally investigate or prosecute such patient, or as a basis for an application for a court order to do so. *See* 42 C.F.R. § 2.67(e).

     The Government therefore respectfully requests that the Court issue an order authorizing law enforcement to obtain and collect medical records in Dr. Weiss's residence for the purpose

of investigating illegal prescribing practices and the illegal sale of prescription medications. Because Dr. Weiss is the subject of the DEA's criminal investigation and is believed to be engaged in ongoing criminal activity, it is requested that the notice requirements of 42 C.F.R. § 2.67(b), if applicable, be waived, and that Dr. Weiss not be given notice of the instant application, or an opportunity to be heard prior to issuance of the Court's order.  *See* 42 C.F.R. § 2.67(b)(l).

Dated this 25th day of June 2019.

Respectfully Submitted,

JASON R. DUNN
United States Attorney

By: *s/ Jaime Pena*
Jaime Pena
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0401
E-mail: Jaime.Pena@usdoj.gov
Attorney for Government