IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number:   19-y-00044-STV

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES FOR AN ORDER
AUTHORIZING THE COLLECTION OF
INFORMATION IN A DRUG
TREATMENT PROGRAM

# ORDER

The Court having found, pursuant to 42 C.F.R. §§ 2.64(d) and 2.67(c), and based upon application and affidavit of the United States of America and the Drug Enforcement Administration attached hereto and incorporated herein by reference, that good cause exists to authorize law enforcement to obtain medical files and information from the residence of Dr. Weiss, and that

(1) There is reason to believe that Dr. Weiss, who is authorized by the Drug Enforcement Administration to administer controlled substances for legitimate medical purposes, and who practices at 6900 E. Belleview Avenue, Suite 205, Greenwood Village, Colorado 80111 is engaged in criminal activity through the illegal distribution of controlled substances and that medical files and ducuments relevant to a criminal investigation are located at his residence at 4081 S. Clermont Street, Englewood, Colorado 80113;

(2) There is good cause to believe that such authorization will avert a substantial risk of death or serious bodily injury to patients;

(2) Other ways of obtaining evidence of this criminal activity are not available or would not be effective; and

(3) The public interest and need to recover particular medical files at Dr. Weiss's residence, and authorize law enforcement to obtain patient medical records by search warrant, outweighs the potential injury to patients receiving legitimate drug treatment from Dr. Weiss, their physician-patient relationship with him, and the treatment services provided by him;

IT IS HEREBY ORDERED that:

(1) The Drug Enforcement Administration is authorized to obtain and collect the medical records located at Dr. Weiss's residence at 4081 S. Clermont Street, Englewood, Colorado 80113, for the purpose of its ongoing criminal investigation of Dr. Weiss's prescribing practices and alleged illegal dispensing of controlled substances for a period not to exceed 2 weeks from the date of this Order;

(2) The Drug Enforcement Administration is authorized to obtain the medical records sought in its search warrant;

(3) All patient-identifying information shall not be revealed or otherwise disclosed unless absolutely necessary to criminally investigate or prosecute Dr. Weiss and/or other individuals engaged in the illegal distribution of drugs, or upon further court order;

(3) All measures shall be taken to limit the potential disruption of Dr. Weiss's legitimate treatment of patients, and any potential for a real or apparent breach of patient confidentiality;

(4) Any records of proceedings for which disclosure of a patient's record has been ordered shall be sealed until further order of the court; and

(5) No information obtained from the execution of the search warrant, regarding any patient being legitimately treated by Dr. Weiss will be used to criminally investigate or prosecute such patient, or as the basis for an application for a Court order to do so, as specified in 42 C.F.R. § 2.67(e).

IT IS FURTHER ORDERED that, because Dr. Weiss is the subject of the criminal activities being investigated by the Drug Enforcement Administration, he need not be given notice and an opportunity to be heard with regard to the Government's application, pursuant to 42 C.F.R. §§ 2.67(b) and 2.67(b)(l).

IT IS FURTHER ORDERED that this Order and the accompanying application and affidavit are to remain under seal until further order of the Court, and the Clerk of the Court is to provide two (2) certified copies of said Order and the accompanying application and affidavit to the United States Attorney's Office.

SO ORDERED this 25th day of June 2019.

BY THE COURT:

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO