IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No: 19-y-00044-STV

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE COLLECTION OF INFORMATION IN A DRUG TREATMENT PROGRAM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:35 am, Jul 30, 2021
JEFFREY P. COLWELL, CLERK

*Filed Under Restriction*

### ENTRY OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED in Denver, Colorado this 29th day of July, 2021.

MATTHEW T. KIRSCH
ACTING UNITED STATES ATTORNEY

By: *s/ Bryan Fields*
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0251
Fax: 303-454-0405
Email: bryan.fields3@usdoj.gov
Attorney for the Government

## **CERTIFICATE OF SERVICE**

     I certify that on this 29th day of July, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                   By: *s/ Danielle Storinsky*
                                          Legal Assistant
                                          United States Attorney's Office