IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No: 19-y-00044-STV

IN THE MATTER OF THE APPLICATION OF
THE UNITED STATES FOR AN ORDER
AUTHORIZING THE COLLECTION OF
INFORMATION IN A DRUG TREATMENT
PROGRAM

*Filed Under Restriction*
_____

**UNITED STATES' MOTION TO UNRESTRICT CASE**
_____

COMES NOW the United States of America, by and through Bryan D. Fields, Assistant United States Attorney, and respectfully moves the Court for an Order unrestricting the above-named matter. As grounds therefore, the United States submits the following:

The defendant has been charged and the reasons originally supporting restriction no longer apply. The government seeks to produce these materials to the defendant as part of discovery in 21-cr-00233-DDD.

WHEREFORE, it is respectfully requested that this case be unrestricted.

>>>

>>>

>>>

>>>

>>>

>>>

1

DATED this 6th day of August 2021.

                    Respectfully submitted,

                    MATTHEW T. KIRSCH
                    Acting United States Attorney

By:   *s/ Bryan D. Fields*
       Bryan D. Fields
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0251
       Email: bryan.fields3@usdoj.gov
       Attorney for the Government